1052

[No. 38722-7-I.    Division One.    September 2, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
ELIZABETH ANN HUNT, *Defendant*, ANTHONY LENAIRE
CURRY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-07246-1, Robert H. Alsdorf, J., entered
April 29, 1994. *Affirmed* by unpublished opinion per Baker,
C.J., concurred in by Kennedy and Becker, JJ.

[No. 38734-1-I.    Division One.    September 2, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMON
GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-01198-0, Richard A. Jones, J., entered
June 3, 1996. *Affirmed* by unpublished opinion per Baker,
C.J., concurred in by Webster and Kennedy, JJ.

[No. 38931-9-I.    Division One.    September 2, 1997.]

LARRY J. DRESSEL, ET AL., *Appellants*, v. THE CITY OF
EVERETT, *Respondent*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 94-2-07951-2, James H. Allendoerfer,
J., entered June 12, 1996. *Affirmed* by unpublished opinion
per Cox, J., concurred in by Baker, C.J., and Ellington, J.

[No. 39171-2-I.    Division One.    September 2, 1997.]

JOICE BUCKLEY, *Appellant*, v. GANNETT, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-08880-5, Sally Phillips Pasette, J.,
entered July 12, 1996. *Affirmed* by unpublished opinion
per Becker, J., concurred in by Baker, C.J., and Cox, J.